

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2014

No. 04-13-00894-CV

Melody Ann **MCLEHANY,**
Appellant

v.

Scott Mitchell **BROWN,**
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 12382B
Honorable Rex Emerson, Judge Presiding

# O R D E R

The trial court clerk has filed a notification of late record stating that the clerk's record has not been filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee. It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court